LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400



Attorneys for Plaintiff
MSC MEDITERRANEAN SHIPPING COMPANY S.A.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| | |
|---|---|
| MSC MEDITERRANEAN SHIPPING COMPANY S.A., <br><br> Plaintiff, <br><br> -against- <br><br> BERNUTH LINES LTD., <br><br> Defendant. | ECF CASE <br><br> 12 Civ. 6596 (ES) (CLW) <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)** |

No Answer or Motion for Summary Judgment having been filed by defendant, plaintiff hereby voluntary dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: June 17, 2013

By: _____

LYONS & FLOOD, LLP
Attorneys for Plaintiff
MSC MEDITERRANEAN SHIPPING
COMPANY, S.A..

Jon Werner, Esq.
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

So Ordered.

_____
Hon. Esther Salas, U.S.D.J.